```
         IN THE UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF ARKANSAS
                  PINE BLUFF DIVISION
```

BRYANT DENELL YOUNG,                                      Plaintiff

v.                              5:11CV00084 SWW

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration,                                  Defendant

### JUDGMENT

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and that Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED.

DATED this 23rd day of August, 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE